ALREADY JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCK BUILDING SUPPLY WEST, INC., a Utah corporation, dba STOCK BUILDING SUPPLY, fka TERRY LUMBER CO.<br><br>Plaintiff,<br><br>v.<br><br>J A HILL CORPORATION, a California corporation; LB/L-VILLA HILLTOP LLC, a limited liability company; INDYMAC BANK, business form unknown; and DOES 1 through 30, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. CV09-02724 ODW (JCx)<br><br>[Removal from the Ventura County Superior Court, East Valley Courthouse, Case No. 56-2008-00329618-CLIENT-OR-SIM]<br><br>**JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT**<br><br>DATE ACTION FILED: 10/20/08<br>TRIAL DATE : Not Set |

In the above-entitled case, plaintiff, STOCK BUILDING SUPPLY WEST, INC. and defendant, J.A. HILL CORPORATION, W having stipulated that judgment be entered for the sum of $24,307.46.

1

1  IT IS HEREBY ADJUDGED, ORDERED AND DECREED that judgment be entered for the
2  sum of $24,307.46, pursuant to the terms of the Stipulation for Entry of Judgment by said defendant
3  and said plaintiff.

DATED: 3-22-2010

_____
**JUDGE OF THE DISTRICT COURT**
Otis D. Wright II